TROLLINGER v. RAILROAD, from Alamance.   C. M. Busbee for plaintiff; A. B. Andrews, Jr., for defendant. Motion of plaintiff to reinstate appeal denied.

McGHEE v. BREEDLOVE, from Granville.   Batchelor and Edwards & Royster for defendant.   Motion to docket and dismiss plaintiff's appeal allowed.

STATE v. PUGH, from Sampson.   Attorney General for State; Kerr for defendant.   New trial.

MACHINE Co.v. BOGGAN, from Anson.   Bennett for plaintiff; Lockhart for defendant.   Affirmed.

SLOCOMB v. WILLIAMS, from Cumberland.   Cook for plaintiff; Ray for defendant.   Defendant's appeal dismissed.

DOUGLAS v. CAGLE, from Montgomery.   Douglas for plaintiff; Rush for defendant.   Dismissed for failure to print record.

DULA v. TUGMAN, from Wilkes.   No counsel appearing, dismissed for failure to prosecute appeal.

COWLES v. COUNCILL, from Watauga.   Barber and Lovill & Fletcher for plaintiff; Councill for defendant.   Affirmed.

WINEBARGER v. LANEY, from Caldwell.   Wakefield for defendant.   Affirmed.

FERGUSON v. ROBINSON, from Union.   Jerome for plaintiff; Redwine for defendant.   Dismissed for failure to print record.

WILSON v. WILSON, from Rutherford.   Eaver, McBrayer and Gallert for plaintiff; M. H. Justice for defendant. Consent judgment awarding new trial.

DAVIS v. LONG, from Swain.   Ferguson for plaintiff. Affirmed.